# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| ANDREW HARLAND SALUS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WARDEN LOCKETT,<br><br>　　　　　Defendant. | Civil No. 16-791 (JRT/BRT)<br><br>**ORDER ON REPORT<br>AND RECOMMENDATION** |

　　　Andrew Harland Salus, #12541-041, USP Coleman 2, PO Box 1034, Coleman, FL 33521, *pro se* plaintiff.

　　　Bahram Samie, Ana Voss, D. Gerald Wilhelm, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendant.

This matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated April 29, 2016. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

　　　**IT IS HEREBY ORDERED** that this case is **TRANSFERRED** to the United States District Court for the Middle District of Florida.

　　　**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  May 23, 2016       s/John R. Tunheim
at Minneapolis, Minnesota      JOHN R. TUNHEIM
     Chief Judge
     United States District Court